| | |
|---|---|
| 1  William R. Hansen (admitted *pro hac vice*)<br>    whansen@lathropgage.com<br>2  Thomas H. Curtin (admitted *pro hac vice*)<br>    tcurtin@lathropgage.com | JS-6 |
| 3  LATHROP & GAGE L.C.<br>    230 Park Avenue, Suite 1847<br>    New York, NY 10169<br>4  Telephone: (212) 850-6220<br>    Fax: (212) 850-6221 | |

John Shaeffer (State Bar No. 138331)
jshaeffer@ssablaw.com
Jeffrey Grant (State Bar No. 218974)
jgrant@ssablaw.com
SPILLANE SHAEFFER
  ARONOFF BANDLOW LLP
1880 Century Park East, Suite 1004
Los Angeles, CA 90067
Telephone: (310) 229-9300
Fax: (310) 229-9380

Attorneys for Defendant
PET BOTANICA, LLC

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL LABORATORIES, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>PET BOTANICA, LLC,<br><br>     Defendant. | CASE NO. CV 07-2414 JFW (FMOx)<br><br>CONSENT JUDGMENT |
| PET BOTANICA, LLC,<br><br>     Counterclaimant,<br><br>     v.<br><br>CARDINAL LABORATORIES, INC.,<br><br>     Counterclaim Defendant. | |

  The parties have reached a settlement in the above action. As part of the settlement, Defendant agrees to stop using the name and mark PET BOTANICA and

1  to change its brand name and company name.  The specific terms of the settlement are
2  contained in a written binding Confidential Settlement Agreement which has been
3  executed by and between the parties. The parties have acknowledged that the terms of
4  the Confidential Settlement Agreement are specifically enforceable by this Court
5  including injunctive relief and the Court retains jurisdiction for that purpose.

7  In view of the Confidential Settlement Agreement, the complaint and counterclaims
8  are dismissed with prejudice, with each side to bear its own costs and attorneys fees.

10          IT IS SO ORDERED.

13  Dated:  January 30, 2008
14                                              _____
                                                UNITED STATES DISTRICT COURT JUDGE